29200. FLORIDA STATE HOSPITAL FOR THE INSANE
*et al. v.* DURHAM IRON COMPANY.

GARDNER, J. This court in a judgment entered in this case (66 *Ga. App.* 350, 17 S. E. 2d, 842) having affirmed the judgment of the city court of Bainbridge, and the Supreme Court on certiorari having reversed the judgment of this court (*Florida State Hospital for the Insane* v. *Durham Iron Co.,* 194 *Ga.* 350, 21 S. E. 2d, 216), the judgment originally rendered by this court is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 14, 1942.

*J. Tom Watson, attorney-general of Florida, Nathan Cochrell, Thomas V. Kiernan, Woodrow M. Melvin, John R. Wilson,* for plaintiffs in error.

*Charles H. Kirbo, Vance Custer,* contra.